IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                            PLAINTIFF

v.                         No. 3:15-cv-164-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center                                            DEFENDANT

## ORDER

Addison says he wants to pay the filing and administrative fees in this case but doesn't know how. № 11. Addison must send the Clerk of Court a check or money order for $400. The payment must be made payable to the Clerk of Court. The Court grants Addison until 17 August 2015 to pay. The Court will hold the pending recommended disposition, № 10, until then.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 4 August 2015