# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS ADDISON**                                 **PLAINTIFF**

v.                     **No. 3:15-cv-164-DPM-JWC**

**JOEY MARTIN, Administrator,**
**Poinsett County Detention Center**               **DEFENDANT**

## ORDER

1. Mr. Addison has filed many cases against many of the same people. The Court mistakenly entered its most recent Order, № 12, in the wrong *Addison v. Martin*. Order, № 12, vacated. The Court will enter a new Order in the other case.

2. Unopposed recommendation, № 11, adopted with a correction.* FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Addison's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Motions, № 5 & № 6, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

---

*\*Conley v. Gibson*, № 11 at 2, was decided in 1957 rather than 1967.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2015