IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                           PLAINTIFF

v.                               No. 3:15-cv-164-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center                                           DEFENDANT

## JUDGMENT

Addison's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_11 August 2015_