IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                              PLAINTIFF

v.                                      No: 3:15-cv-164-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                              DEFENDANT

ORDER

1. The Court of Appeals assessed the full appellate filing and docketing fees against Addison and remanded the case for collection. № 25. The Court assesses an initial partial filing fee $1.78. Addison's custodian will collect this initial fee even if Addison's account balance is less than $10.00. After the initial fee is collected, Addison's custodian, his designee, and all future custodians shall collect monthly payments from Addison's prison trust account each time the amount in the account exceeds $10.00. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $505.00 appellate filing and docketing fees are paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Addison's behalf must be clearly identified by the name and case number assigned to this action.

2. The Clerk of the Court shall send a copy of this order to the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2015